Case 2:16-mj-00757 Document 1 Filed 06/14/16 Page 1 of 6
AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA Thomas M. Zaleski) *JTS*
16-63

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>RYAN J. MCATEER<br><br><br>*Defendant(s)* | )<br>)<br>) Case No. 16- 757<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 2 and 3, 2016__ in the county of __Philadelphia__ in the __Eastern__ District of __District__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2113(a) | See Attachment "A" |

This criminal complaint is based on these facts:
See attached Affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Joseph Donahue, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 14, 2016

_____
*Judge's signature*

City and state: Philadelphia, Pennsylvania

CAROL SANDRA MOORE WELLS, U.S. Magistrate
*Printed name and title*

## ATTACHMENT "A"

### Count One

On or about May 2, 2016, in Philadelphia, in the Eastern District of Pennsylvania, defendant RYAN J. McATEER knowingly and unlawfully by force and violence, and by intimidation, took from an employee of Republic Bank, 1601 Walnut Street, Philadelphia, Pennsylvania, lawful currency of the United States, that is, approximately $1,524, belonging to, and in the care, custody, control, management and possession of Republic Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation. In violation of 18 U.S.C. § 2113(a).

### Count Two

On or about May 3, 2016, in Philadelphia, in the Eastern District of Pennsylvania, defendant RYAN J. McATEER knowingly and unlawfully by force and violence, and by intimidation, took from an employee of Citizens Bank, 123 Chestnut Street, Philadelphia, Pennsylvania, lawful currency of the United States, that is, approximately $800, belonging to, and in the care, custody, control, management and possession of Citizens Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation. In violation of 18 U.S.C. § 2113(a).

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Joseph Donahue, Special Agent, Federal Bureau of Investigation (FBI), being duly sworn, state the following:

## INTRODUCTION

I have been employed with the FBI since September 20, 2015, and am currently assigned to the Philadelphia Division. Since February 22, 2016, I have been assigned to the Violent Crime Task Force (VCTF) as a Special Agent. My current duties include, among other things, the investigation of bank robberies, in violation of Title 18 United States Code 2113(a), and the use of firearms in crimes of violence, in violation of Title 18 United States Code 924(c). Prior to my duties as a Special Agent with the FBI, I was a sworn police officer in the Town of Northborough in the Commonwealth of Massachusetts from January 2013 until August 2015.

## PROBABLE CAUSE STATEMENT

1. On or about May 2, 2016, Republic Bank, 1601 Walnut Street, Philadelphia, Pennsylvania, was robbed by an unknown white male. The suspect approached the victim teller and handed her a demand note that stated, "Gun, Robbery." The teller complied with the demands and gave the male approximately $1,524. The teller placed a dye pack in the bundle of cash that she handed to the suspect along with bait bills and the demand note. The suspect fled eastbound on Moravian Street. After the robbery, Philadelphia Police officers and VCTF members responded to the crime scene. They interviewed witnesses and recovered surveillance video. VCTF members recovered $974 of red dye stained United States Currency (U.S.C.) and a blue folder with red dye stains from a dumpster in the vicinity of the 1500 block of Moravian Street. Law enforcement released the recovered U.S.C. to Republic Bank. All deposits of the Republic Bank at 1601 Walnut Street, Philadelphia, PA were insured by the Federal Deposit Insurance Corporation (FDIC) at the time of the robbery.

2. On or about May 3, 2016, Citizens Bank, 123 Chestnut Street, Philadelphia, Pennsylvania was robbed by an unknown white male. The suspect approached the victim teller and after a brief conversation about opening a bank account, passed a written note that stated "1,000 in all hundreds." The victim teller reached for an alarm button and the suspect said, "Don't hit the button. All hundreds or I'll shoot." The victim teller took cash from her cash drawer and began to count it out for the suspect. The suspect reached over the partition and took all the cash the teller had removed from the drawer and fled the bank. The suspect escaped with approximately $800. After the robbery, Philadelphia Police officers and VCTF members responded to the crime scene. They interviewed witnesses and recovered surveillance video. All deposits of the Citizens Bank at 123 Chestnut Street, Philadelphia, PA were insured by the FDIC at the time of the robbery.

3. On or about May 5, 2016, Wells Fargo Bank, 690 West Cuthbert Boulevard, Haddon Township, New Jersey, was robbed by an unknown white male. The suspect approached the victim teller and without speaking, handed her a note demanding all of her $50.00 bills and $100 bills. The victim teller complied and the suspect fled the bank with approximately $5,750.00. After the robbery, Police Officers and Detectives of the Haddon Township Police Department responded to the scene. Witnesses were interviewed and surveillance video was recovered. Haddon Township Police posted a still image of the suspect on their Facebook page and received approximately 30 to 40 tips identifying the suspect as RYAN J. MCATEER. These tips were from individuals identifying themselves as MCATEER's high school classmates, an ex-girlfriend, his brother, and others. Haddon Township Police Detectives presented a photographic array containing a photograph of MCATEER to the victim teller of the Wells Fargo Bank robbery. The victim teller positively identified MCATEER as the white male that robbed her on May 5, 2016. Haddon Township Police subsequently obtained an arrest warrant for MCATEER for robbery.

4. On May 9, 2016, VCTF members learned that MCATEER was residing in an apartment in the 2000 block of South 18th Street in Philadelphia, Pennsylvania. MCATEER's roommate at that apartment was identified as J.M. VCTF members showed J.M. a wanted flyer with still images of the robbery suspect from surveillance footage provided by Republic Bank and Citizens Bank of the aforementioned bank robberies. J.M. positively identified the white male suspect in those pictures as MCATEER.

5. On May 16, 2016, VCTF members interviewed K.S., the victim teller from the May 3, 2016 robbery. During the interview, VCTF members showed K.S. a photographic array containing a photograph of MCATEER along with five other images of similar looking individuals. K.S. positively identified the still image of MCATEER. She said that she was one hundred percent certain it was MCATEER. K.S. subsequently signed and dated the photograph of MCATEER.

6. On May 16, 2016, VCTF members interviewed T.T., the victim teller from the May 2, 2016 robbery. During the interview, VCTF members showed T.T. a photographic array containing a photograph of MCATEER along with five other images of similar looking individuals. T.T. positively identified the still image of MCATEER. She said that she was eighty-five percent certain it was MCATEER. T.T. subsequently signed and dated the photograph of MCATEER.

7. Your affiant had the opportunity to compare still surveillance images from the May 2, 2016 Republic Bank robbery, the May 3, 2016 Citizens Bank robbery, and the May 5, 2016 Wells Fargo Bank robbery with photographs of MCATEER. After comparison, your affiant believes MCATEER is the white male depicted in the May 2, 2016 Republic Bank robbery and the May 3, 2016 Citizens Bank robbery photographs.

8. Because of the above facts, your affiant believes that there is probable cause to charge RYAN MCATEER with committing two counts of bank robbery in the Eastern District of Pennsylvania on or about May 2, 2016, and May 3, 2016, in violation of 18 United States Code Section 2113(a).

_____
Joseph Donahue
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this 14th day of June, 2016.

_____
CAROL SANDRA MOORE WELLS
United States Magistrate Judge

4